UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=====================================X
MUNIR UWAYDAH as Guardian of L.U.,

                Plaintiff,        Case No.: Case No.:   1:25-cv-02739-AS

                                          ORDER TO SHOW CAUSE

      -against-

THE COLLEGE BOARD INC.

                Defendant,
=====================================X

      Upon the declaration of Stacey Van Malden, Esq., sworn to April 7, 2025, the Memorandum of Law, and upon the exhibits annexed thereto, and good cause being show therefore:

      IT IS HEREBY ORDERED, that Defendant, College Board show cause before this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Hon. Arun Subramanian on _____ at _____, or as soon thereafter as counsel may be heard, why an order should not be issued:

    (1)    grant Plaintiff a preliminary injunction barring the defendant from denying him the accommodations under ADA that he needs to take the May AP Physics Test and SAT examination;

    (2)    and/or granting a Declaratory Judgment that Defendant must grant Plaintiff the accommodations that he seeks;

    (3)    and for such other and further relief that this Court may deem just and proper.

AND IT IS FURTHER ORDERED that service of a copy of this order, together with the papers upon which It is granted via ECF and overnight mail on defendants or their attorneys shall be deemed good and sufficient service thereof; and it is further

ORDERED that Defendant College Board shall file their opposition by _____.

DATED:

                                                                                             _____
                                                                                            Hon. Arun Subramanian
                                                                                           United States District Court Judge,
                                                                                           United States District Court
                                                                                           Southern District of New York