CollegeBoard

Service for Students with Disabilitie
PO Box 7504 London, KY 40742-750
Phone: 844-255-7728 | Fax: 866-360-0114 or 606-330-148

January 31, 202

CC: American Community School at Beirut

L▇ U▇▇

Beirut, Beirut, 00000
LB

**SSD ID Number:** ▇▇▇

Dear L▇ U▇▇

You're **NOT APPROVED** for the following accommodation(s) for College Board tests:
- Reading: Up to Time and One-Half (+50%)
- Writing (Essays/free response): Up to Time and One-Half (+50%)
- Math: Up to Time and One-Half (+50%)
- Breaks: Extra
- Small Group Testing

Please review the specific information regarding College Board's decision:

Based on your correspondence, your request for accommodations was again reviewed by qualified professionals. The original documentation and newly submitted documents (i.e., 12/6/2024 letter from your school, updated Neuropsychological Assessment Report, and letter from Dr. Maalouf) were reviewed. It was determined that College Board followed correct procedures in making its determination, the decision was appropriate, and following a review of all submitted information, your request for the accommodations of up to time and one-half (+50%), extra breaks, and small group testing are not supported for College Board tests.

Although you recently underwent another evaluation to confirm your ADHD diagnosis, a diagnosis, in and of itself, does not necessitate testing accommodations without evidence that the disabling condition leads to a functional impairment that limits your ability to take College Board tests. Your documentation does not demonstrate a history of academic difficulties, special services, or need for formal accommodations in school. Despite using extended time for school-based assessments, the submitted documentation does not sufficiently demonstrate the presence of severe academic impact due to your diagnosis to support your need for testing accommodations.

If you can present new or additional documentation to support your request for accommodations that weren't approved, you may do so at any time. **The review process takes approximately seven weeks from the date of receipt of the new or additional documentation.**

If you have any questions regarding your specific determination, please contact College Board at the above address or phone number.

Sincerely,
Services for Students with Disabilities

# GENERAL INFORMATION ABOUT COLLEGE BOARD DOCUMENTATION GUIDELINES

## WHEN IS DOCUMENTATION REQUIRED?

Documentation for College Board's review is required when any of the following circumstances apply:
- The student doesn't have an official educational plan or doesn't receive the requested accommodations in school.
- The student needs testing accommodations not commonly provided.
- The student's diagnosis is unclear.

## DOCUMENTATION REQUIREMENTS

**TEST SCORES:** Under most circumstances, when documentation is requested, scores from nationally normed, individually administered testing should be submitted. Please include the student's standard or scaled scores, as well as scores from all subtests. In addition to test scores, applicants should also include the report from their most recent psycho-educational evaluation, a rationale for each of the requested accommodations, and an indication of how the accommodation is being used in school.

**EXTENDED TIME:** When extended time is requested, applicants are encouraged to include scores from both timed and untimed academic tests. Applicants may consider whether accommodations other than extended time, such as extra breaks, or small group testing might be more appropriate to serve the student's needs.

**PHYSICAL/MEDICAL, PSYCHIATRIC, and/or VISUAL DISABILITIES:** Documentation should include a summary of assessment procedures and evaluation instruments used to make the diagnosis; a narrative summary of the evaluation results; the frequency, duration, and intensity of the symptoms; and a rationale for each accommodation recommended by the evaluator. With few exceptions, a brief medical or psychiatric note isn't sufficient and can't serve as a substitute for comprehensive testing. A current update should be included. Requests for accommodations for VISUAL DISABILITIES should include the student's visual measurements and results from the most recent eye examination.

**COMPUTERS:** When a computer is requested, an applicant must provide documentation of a diagnosed disability that significantly impacts written expression skills. For example, where an applicant requests a computer because of dysgraphia the applicant should include documentation of a fine motor problem and an academic test of written language. Please note that computer accommodations are available only for essay and free response sections, and a spell checker is usually not permitted. When taking a digital assessment, the exam is computer-based for all students.

## FOR MORE INFORMATION

Visit College Board's website at: https://collegeboard.com/ssd. You can also contact SSD at ssd@info.collegeboard.org or 844-255-7728 (International: 212-713-8333).