Name: L███████ U██████ | DOB: ███ 2008 | MRN: ██████54 | PCP: | Legal Name: L████ U██████



## Medical Report

**Name:** L███████ U██████
**Date of Birth:** ███ 2008
**Case Number AUBMC ██████54**

25 October 2024

L██████ U██████ is a 16-year-old who has been under my care since May, 2023 for the treatment of Attention Deficit Hyperactivity Disorder (ADHD). He is maintained on medications (Ritalin 10mg three times daily) and receives accommodations at school for his condition.

In December 2023, L███ underwent a neuropsychological assessment, which identified executive function difficulties, namely challenges in visual working memory and processing speed that are consistent with his ADHD diagnosis.

L███ has responded very well to treatment but should definitely continue to receive the below accommodations in addition to regular follow up with our clinic. His accommodations at school consist of:

- Being placed near the teacher, or in an area with minimal classroom traffic.
- To be allowed to work on some tasks in a quiet area with minimal distractions.
- To be given longer times on exams and tests (50% extra time).
- Teachers are encouraged to provide him with periodic stretch breaks during extended lesson plans. These are periods of 3-5 minutes of physical movement and occur after every 20-25 minutes of cognitive effort.
- Directions are to be presented one at a time and it would be best to ask him to repeat the direction before starting the task.
- It is beneficial to encourage him to seek help from teachers or students when needed.

I remain available to provide any further information you may require.

Sincerely,

**Fadi Maalouf, M.D.**
Child and Adolescent Psychiatrist
Department of Psychiatry
American University of Beirut Medical Center