INSTITUTE FOR DEVELOPMENT RESEARCH ADVOCACY
AND APPLIED CARE

IDRAAC Reg. No. 4023/AD/1997 - P.O.Box: 166227 Achrafieh BEIRUT-LEBANON 1100 2110
Tel & Fax: 961-1-587190 /-449499 /-564529 - e.mail: idraac@idraac.org

# THE TOVA ®
## TEST OF VARIABLES OF ATTENTION
### BY LAWRENCE M. GREENBERG

Name: L U[redacted]
Date of Birth: [redacted] 2008
Date of Test: April 25, 2023
Age: 14 years
Version Used: Auditory version
Medication: None

Behavioral Observations: L[redacted] was concentrating all along the test administration.

L[redacted]'s results indicate the following:
1) An inconsistency in the variability of his attention
2) A slow response style
3) A high level of impulsivity

Remarks: 4) A high level of distractibility

The Global profile is considered impaired. These results, in addition to the information that were collected during the clinical assessment are in favor of the presence of an Attention deficit and Hyperactivity Disorder

Youmna Cassir Haddad D.E.S.S.
Child and Adolescent
Psychologist

# ▣TOVA                                                             Introduction

## The Test Of Variables of Attention (T.O.V.A.®)

The **Test of Variables of Attention (T.O.V.A.)** is a state-of-the-art continuous performance test that provides objective measurements of attention and inhibitory control for children and adults (ages 4 - 80+). It augments subjective measures (e.g., behavior ratings and history) and provides a more comprehensive picture of attention and inhibitory control.



The T.O.V.A. continuously measures performance during a 10.8-minute task or a 21.6-minute task, depending on age. It records speed, accuracy, and consistency of responses to a series of squares (in the visual T.O.V.A. test) or tones (in the auditory T.O.V.A. test) that are presented in two-second intervals. These measurements (accurate to ±1 ms) are then compared by age and gender to a large normative sample (a sample of people without attention problems). This comparison determines whether the test results are "within normal limits" or not. The T.O.V.A. also compares results to a group of people independently diagnosed with ADHD. The T.O.V.A. report is based on these two comparisons, as well as performance, session, and response validity measures.



If you have questions about this report, please contact the person who provided it to you. For more information about attention and the T.O.V.A., please visit our website at https://www.tovatest.com/. To contact us please email info@tovatest.com or call 800.PAY.ATTN (562.594.7700).



# Summary

**ID: 520**  L___ U___ (___ 2008)
Male - 14y

**Auditory T.O.V.A.** (v8.3-447 sn20542)
Apr 25, 2023 at 11:09 AM

## Session and Response Validity

**CAUTION:** There are important response validity issues that affect the interpretation of this test. Please see the Validity section of the Interpretation Notes page.

## T.O.V.A. Interpretation

The results of this T.O.V.A. are not within normal limits, and may be suggestive of a possible attention deficit, including ADHD. Please see the Interpretation Notes page for important information about this report.

## Treatment

No treatments entered.

## Comparison to the Normative Sample

These scores compare this subject's performance to the performance of individuals of the same gender and age in the T.O.V.A. Normative Sample, a study of individuals who did not have attention problems.

Results are reported as standard scores (average = 100 with a standard deviation of 15) and are compared to a large normative sample stratified by gender and age. Scores above 85 are within normal limits, 80-85 are borderline, and below 80 are not within normal limits. See the Interpretation Notes page and the Analyzed Data page for more detailed information on these variables and on the subject's performance.



| | RT Variability | | | | Response Time | | | | Commission Errors | | | | Omission Errors | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| SS | <40 | <40 | 53 | 64 | <40 | <40 | <40 | <40 | <40 | <40 | 62 | 93 | <40 | <40 | <40 | <40 |
| %ile | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | | | | | | | | |
| # | | | | | | | | | 15 | 15 | 5 | 2 | 25 | 29 | 107 | 119 |

▲ Above graph  ▼ Below graph  -- Borderline  — Not within normal limits  ■ Valid quarter  ☐ Interrupted quarter



# Interpretation Notes

ID: 520   L█ U█████ (█████ 2008)
Male - 14y█

Auditory T.O.V.A. (v8.3-447 sn20542)
Apr 25, 2023 at 11:09 AM

## Session and Response Validity

### Response Validity

These results must be interpreted with caution because of the unusual lack of correct responses (less than 25%) in Q2, Q3, Q4. This lack of correct responses will yield unreliable standard scores in the response time variables: response time variability standard scores will be artificially high, and response time standard scores are unpredictably affected.

## Notes on the Comparison to the Normative Sample

**Variability** is a precise measure of variations in correct response times, and measures the consistency of response times. **Variability was not within normal limits in Quarters 1, 2, 3, and 4, Half 1 and 2, and Total.**

**Response Time** is the average speed of correct responses to targets, and is a measure of information processing speed. **Response Time was not within normal limits in Quarters 1, 2, 3, and 4, Half 1 and 2, and Total.**

**Commission Errors** occur when the subject incorrectly responds to a nontarget, and are a measure of inhibitory control. **Commission Errors were not within normal limits in Quarters 1, 2, and 3, Half 1 and 2, and Total.**

**Omission Errors** occur when the subject does not respond to a target, and are a measure of sustained attention. **Omission Errors were not within normal limits in Quarters 1, 2, 3, and 4, Half 1 and 2, and Total.**

## Response Patterns

In Q2, Q3, Q4, there were 15 episodes in which three or more omission errors occurred in a row. Usually, Omission Errors tend to be scattered throughout the test, rather than clustered together. Assuming compliance with test instructions, this unusual pattern of performance may be caused by a significant external distraction, severe distractibility, falling asleep (e.g., narcolepsy), the occurrence of seizure(s), or other causes (poor effort, fatigue, etc.).

## Other Notes

Consider administering a Visual T.O.V.A. to this subject for a more comprehensive assessment of attention. This is important because an individual can have markedly different results on one test versus the other.

800.PAY.ATTN • 562.594.7700 • www.tovatest.com • info@tovatest.com • Fax 562.594.7770
Copyright © 2007-2020 Lawrence M. Greenberg. All rights reserved.   Report Version: 8.3-447   Page 3/8



# Analyzed Data

**ID: 520**   L█ U█████ (Aug 19, 2008)   **Auditory T.O.V.A.** (v8.3-447 sn20542)
Male - 14y█████   Apr 25, 2023 at 11:09 AM

## Treatment
No treatments entered.

## Comparison to the Normative Sample

Results below are reported as standard scores (average standard = 100; standard deviation = 15). Scores indicate deviation from the performance of a large normative sample stratified by gender and age. Standard scores above 85 are considered to be in the normal range, scores between 85 and 80 are considered borderline, and scores below 80 are considered not within normal limits. Scores less than 70 are considered significantly below normal range. Standard scores less than 40 are more than 4 standard deviations from normal and are denoted as "<40". Quarters, Halves and Totals are independently calculated and are not averages.

|  | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Half 1 | Half 2 | Total |
|---|---|---|---|---|---|---|---|
| **RT Variability** | <40 | <40 | 53 | 64 | <40 | 57 | 48 |
| **Response Time** | <40 | <40 | <40 | <40 | <40 | <40 | <40 |
| **Commission Errors** | <40 | <40 | 62 | 93 | <40 | 74 | <40 |
| **Omission Errors** | <40 | <40 | <40 | <40 | <40 | <40 | <40 |

Infrequent | Frequent

Key: Borderline , Not within normal limits , Invalid

800.PAY.ATTN • 562.594.7700 • www.tovatest.com • info@tovatest.com • Fax 562.594.7770
Copyright © 2007-2020 Lawrence M. Greenberg. All rights reserved.   Report Version: 8.3-447   Page 4/8


# T.O.V.A.

**Tabulated Data**

ID: 520  L█ U█ (█, 2008)  
Male - 14y  

**Auditory T.O.V.A.** (v8.3-447 sn20542)  
Apr 25, 2023 at 11:09 AM

This page contains tabulated raw data and documents T.O.V.A. session parameters.

| | | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Half 1 | Half 2 | Total |
|---|---|---|---|---|---|---|---|---|
| RT Variability | ms | 289 | 377 | 352 | 323 | 326 | 346 | 363 |
| Response Time | ms | 1343 | 1346 | 1049 | 1141 | 1344 | 1076 | 1191 |
| Post-commission responses | # | 1 | 1 | 0 | 1 | 2 | 1 | 3 |
|   Response Time | ms | 1037 | 1266 | 0 | 533 | 1151 | 533 | 945 |
|   Variability | ms | 0 | 0 | 0 | 0 | 115 | 0 | 306 |
| Commission Errors | # | 15/126 | 15/126 | 5/36 | 2/36 | 30/252 | 7/72 | 37/324 |
|   Percentage | % | 11.9 | 11.9 | 13.9 | 5.6 | 11.9 | 9.7 | 11.4 |
|   Response Time | ms | 735 | 865 | 1221 | 986 | 800 | 1154 | 867 |
| Omission Errors | # | 25/36 | 29/36 | 107/126 | 119/126 | 54/72 | 226/252 | 280/324 |
|   Percentage | % | 69.4 | 80.6 | 84.9 | 94.4 | 75 | 89.7 | 86.4 |
| D Prime | | 0.67 | 0.32 | 0.05 | 0 | 0.51 | 0.03 | 0.11 |
|   Standard Score | | <40 | <40 | 46 | 48 | <40 | 45 | <40 |
|   Beta | | 1.76 | 1.38 | 1.06 | 1 | 1.6 | 1.04 | 1.13 |
| Anticipatory | % | 0.6 | 0.6 | 1.2 | 0 | 0.6 | 0.6 | 0.6 |
|   To Nontargets | # | 1 | 1 | 0 | 0 | 2 | 0 | 2 |
|   To Targets | # | 0 | 0 | 2 | 0 | 0 | 2 | 2 |
| Multiple Responses | # | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Correct | # | 121/162 | 117/162 | 48/162 | 41/162 | 238/324 | 89/324 | 327/648 |
|   Correct Responses | # | 11/36 | 7/36 | 17/126 | 7/126 | 18/72 | 24/252 | 42/324 |
|   Correct Nonresponses | # | 110/126 | 110/126 | 31/36 | 34/36 | 220/252 | 65/72 | 285/324 |
| Skew | ms | 253 | 359 | -132 | 55 | 265 | 72 | 249 |
| User Interrupts | # | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hardware errors | # | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Infrequent | | Frequent | | | | |

**Session parameters**

| | |
|---|---|
| Format: | 1 (standard) |
| ISI: | 2000 ms |
| Stimulus On Time: | 200 ms |
| Stimulus Off Time: | 300 ms |
| Anticipatory Cutoff: | 150 ms |

**Hardware information**

| | |
|---|---|
| Session mode: | EAV |
| USB device: | HW 5, BD 0, FW 1.1-219-gd36f0e2 |
| Microswitch: | HW 3, BD 0, FW 9 |

800.PAY.ATTN • 562.594.7700 • www.tovatest.com • info@tovatest.com • Fax 562.594.7770
Copyright © 2007-2020 Lawrence M. Greenberg. All rights reserved.    Report Version: 8.3-447    Page 5/8



# TOVA

**Raw Data Graphs (continued)**

ID: 520  L___ U_____ (_____ 2008)  
Male - 14y

**Auditory T.O.V.A.** (v8.3-447 sn20542)  
Apr 25, 2023 at 11:09 AM

This page graphically displays the subject's responses. Black squares mark correct responses and correct nonresponses. Red 'X's mark commission errors, red squares mark anticipatory responses, and underlined red circles mark omission errors. The light gray region represents the normative range of responses. Commission errors followed by a correct response are linked by a line: an upward slope (light gray) indicates slowing down following an error (typical), and a downward slope (black) indicates speeding up after making an error (unusual). Red numbers above the zero line indicate the number of missed targets (if three or more in a row), and the red number below the zero line indicates the number of seconds elapsed between correct target responses.



Q3



Q4

- Correct response    ⊢ Correct non-response    × Commission error    ο Omission error    • Anticipatory response
- Post-commission error correct response    ╱ Slower post-commission RT    ╲ Faster post-commission RT
- ▲△ Off-scale resp./error    ▓ Normative range    | Interruption    3 10s Response gap (# Targets and Sec)

# ■T.O.V.A.

**Raw Data Tables**

ID: 520    L▆ U▆▆▆ (Aug 19, 2008)    Auditory T.O.V.A. (v8.3-447 sn20542)
Male - 14y▆    Apr 25, 2023 at 11:09 AM

This page shows a trial-by-trial view of T.O.V.A. test data. Each entry in the table indicates the stimulus type (target or nontarget) and the subject's response to that stimulus. Error responses are shown in red, and response times are in milliseconds. A negative response time indicates a response that was made before the stimulus was presented.

| 1-27 | 28-54 | 55-81 | 82-108 | 109-135 | 136-162 | 163-189 | 190-216 | 217-243 | 244-270 | 271-297 | 298-324 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N | N | C 588 | N | N | N | T 1729 | N | N | C 489 | N | N |
| N | N | N | N | O | O | N | N | N | N | N | N |
| N | N | N | N | C 736 | T 1669 | O | N | O | C 1284 | O | O |
| N | N | N | O | N | N | C 443 | N | N | N | N | N |
| N | T 870 | N | N | N | C 751 | N | N | N | N | N | N |
| N | O | N | N | O | N | N | O | N | N | O | O |
| T 1233 | N | N | N | N | N | C 1100 | N | N | O | N | N |
| N | N | O | N | N | N | N | N | N | C 793 | O | N |
| O | T 1694 | N | O | N | O | C 607 | N | C 1472 | T 1266 | O | N |
| C 623 | N | N | N | C 647 | N | C 856 | C 627 | O | N | N | N |
| N | N | C 866 | T 980 | N | O | O | O | O | N | N | N |
| N | N | N | O | C 333 | C 955 | N | N | N | N | N | N |
| N | N | N | N | O | N | N | N | N | N | N | T 1566 |
| N | N | N | N | N | C 622 | N | N | N | N | T 672 | N |
| N | O | O | N | N | N | N | T 929 | O | O | N | N |
| N | N | NA -155 | N | N | T 1374 | N | N | C 398 | N | N | C 1321 |
| O | N | O | N | N | O | N | N | N | N | N | N |
| N | C 791 | O | C 813 | N | N | O | N | N | N | O | C 555 |
| N | N | N | N | N | N | O | N | N | N | O | N |
| N | O | C 649 | O | C 728 | N | N | N | O | N | C 1291 | N |
| T 1350 | N | O | N | T 1036 | N | N | N | N | C 676 | O | O |
| N | N | C 1001 | N | N | N | N | O | N | O | N | N |
| N | N | N | N | N | O | N | N | N | NA 57 | N | N |
| N | T 1268 | N | N | N | N | N | N | N | N | N | N |
| N | N | T 1780 | N | N | N | O | O | N | N | O | N |
| O | N | N | N | O | N | N | N | O | N | N | N |
| C 920 | O | N | T 1513 | N | N | N | T 1564 | N | N | C 1054 | T 1691 |

| 325-351 | 352-378 | 379-405 | 406-432 | 433-459 | 460-486 | 487-513 | 514-540 | 541-567 | 568-594 | 595-621 | 622-648 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O | O | O | O | O | O | N | O | O | O | O | O |
| O | O | O | O | N | N | O | O | O | O | O | O |
| T 1568 | O | O | T 905 | O | N | N | O | C 1714 | O | N | N |
| O | O | O | N | O | O | O | O | T 533 | O | O | O |
| T 774 | N | O | O | O | O | O | O | O | O | O | O |
| O | N | O | O | N | O | O | N | O | O | N | N |
| N | O | O | O | O | O | O | O | O | N | O | O |
| T 823 | O | O | O | O | O | O | O | O | O | N | O |
| N | C 1228 | O | N | O | N | O | O | O | N | N | O |
| O | O | O | O | O | O | O | O | N | O | O | O |
| O | O | O | T 1187 | O | O | N | N | N | O | O | O |
| T 784 | T 1010 | O | C 1047 | O | C 968 | O | O | O | O | O | O |
| T 1465 | O | O | N | O | O | O | O | O | O | O | N |
| O | O | O | TA -110 | N | O | O | O | O | O | N | O |
| TA -14 | O | O | O | O | T 587 | O | N | O | O | O | O |
| T 776 | N | N | O | O | O | O | N | N | N | O | O |
| C 1212 | O | O | O | O | N | O | T 1032 | O | O | O | O |
| O | O | N | O | O | N | O | T 1582 | O | O | O | O |
| O | T 1099 | O | O | O | O | N | O | O | O | N | O |
| O | N | O | O | O | O | N | O | O | O | O | O |
| C 1650 | O | N | O | N | O | O | O | O | T 1524 | N | N |
| O | O | T 1345 | O | O | O | O | N | O | N | O | O |
| T 431 | O | T 1396 | O | O | N | O | O | O | O | O | T 1142 |
| T 1310 | N | O | O | O | O | O | O | O | O | O | T 1100 |
| O | T 712 | N | O | O | O | N | N | O | O | N | T 1070 |
| N | T 1651 | O | O | N | O | O | O | N | O | O | O |
| O | N | O | N | O | O | O | N | O | O | O | C 256 |

T = Correct response to target                 O = Omission error                  A = Anticipatory response
N = Correct nonresponse to nontarget           C = Commission error                M = Multiple response
Green = Post-Commission-error correct response U = User interrupt                  H = Hardware interrupt