To Whom It May Concern,

We, the Learning Support Team at the American Community School Beirut, are writing this letter on behalf of L███ ███ U███, a Grade 11 student.

L███ joined ACS in Grade 8, and his intelligence and academic potential were immediately evident. However, he displayed excessive activity, impulsivity, inattention, distraction, and disruption. Additionally, he exhibited deficits in executive functions, including self-regulation, working memory, and mental flexibility. As a result, the Learning Support team recommended that his parents seek a neuropsychological assessment.

Following his ADHD diagnosis in 2023, L███ was prescribed Ritalin three times a day and received an accommodation plan tailored to his needs. These interventions significantly improved his academic performance, learning behaviors, and mood regulation. Consequently, L███ demonstrated remarkable progress, achieving good grades and successfully managing his workload across all subjects.

Recently, based on the College Board's decision to reject L███'s initial application for accommodations, the Learning Support team requested that his parents obtain an updated neuropsychological assessment to validate his ADHD diagnosis and ensure his accommodation plan remains appropriate. The updated report confirmed that L███'s neurocognitive profile remains consistent with his original ADHD diagnosis based on the DSM-5 criteria.

While L███ continues to perform well academically, he still exhibits symptoms of ADHD and challenges with executive functioning, particularly in areas such as mental flexibility and working memory. As a Learning Support team, we are committed to providing Leith with the accommodations he requires to thrive academically and to further develop his executive functioning skills.

One of the attached documents is a letter from L███'s psychiatrist, Dr. Maalouf, which L███'s father asked to be included in his application as an additional reference.

Furthermore, due to the change within our school's Learning Support team members, and based on the observations and the current report, we kindly request that the College Board reconsider its decision and provide L███ with the accommodations he needs to succeed in College Board testing.

Thank you for your time and understanding and we look forward to hearing back from the College Board at your earliest convenience.

Sincerely,

*Dania Karame* (signature)  
Dania Karame  
Learning Support Coordinator  
Dec. 6, 2024

*Nagham* (signature)  
Nagham Shaaban  
High School Learning Support Specialist  
Dec. 6, 2024