February 20, 2025

To Whom It May Concern,

We, the Learning Support Team at the American Community School Beirut, are writing this letter on behalf of L▮▮▮ U▮▮▮, a Grade 11 student.

As stated in our previous letter, L▮ joined ACS in Grade 8, where his intelligence and academic potential were immediately apparent. However, he exhibited excessive activity, impulsivity, inattention, distraction, and disruptive behavior. L▮ also showed challenges with executive functions, such as self-regulation, working memory, and mental flexibility. Throughout the year, his report card indicated that he mostly or partially met learning standards and sometimes or often met the required learning behaviors. This raised concerns, prompting the Learning Support team to recommend a neuropsychological assessment to his parents.

Following his ADHD diagnosis in 2023, L▮ was prescribed Ritalin three times a day and received an accommodation plan tailored to his needs. These interventions significantly improved his academic performance, his grades rose to A's and B+'s, and he became more independent and proficient in learning. Additionally, he demonstrated greater self-regulation. As a result, L▮ made remarkable progress, achieving strong grades and successfully managing his workload across all subjects.

While L▮ continues to perform well academically, he still exhibits symptoms of ADHD; he still regularly uses accommodations, such as extended time and taking tests in a separate room.

As the Learning Support team, we firmly believe Leith would benefit from the Up to Time and One-Half (+50%) accommodation to meet his potential and enhance his performance on the SAT.

We appreciate your time and understanding and look forward to your response.

Sincerely,

*Dania Karame* (signature)

Dania Karame
Learning Support Coordinator

*Nagham* (signature)

Nagham Shaaban
High School Learning Support Specialist