UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUNIR UWAYDAH, as legal guardian of L.U., a minor<br><br>        Plaintiff,<br><br>   -against-<br><br>THE COLLEGE BOARD, INC.,<br><br>        Defendant. | 25-cv-2739 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a hearing on plaintiff's motion for emergency relief, *see* Dkt. 8, on **Wednesday, April 16, 2025** at **3 PM** in **Courtroom 15A, 500 Pearl Street, New York, NY 10007**. Plaintiff is directed to serve his complaint, this order, and a copy of his motion for emergency relief and all supporting papers on defendant by **Wednesday, April 9, 2025 at 5:00 PM**. Prior to the hearing, the parties are directed to meet and confer to determine if the parties can come to an arrangement that avoids the need for preliminary injunctive relief pending resolution of this case.

  SO ORDERED.

Dated: April 8, 2025
    New York, New York

                       _____
                        ARUN SUBRAMANIAN
                       United States District Judge