Certifications of Record for Document 8-5: Exhibit C – Neuropsychological Assessment Report dated October 30, 2024

## CERTIFICATION OF MEDICAL

Patient Name: Leith Uwaydah

I certify that the documents attached to this certificate, consisting of  5  pages, are accurate and complete duplicates of the original medical records of the patient listed above for the following date:

30 October 2024

I further certify that the produced records are a true copy of the records requested and are kept in the course of regularly conducted activity.

Executed on this 14th day of , April 2025

_[signature]_

Records Custodian (signature)


Jeanne-d'Arc El Hachem, M.S.

Printed Name of Records Custodian


Department of Psychiatry, American University of Beirut Medical Center

Name of Facility or Practice (Please Print)