UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUNIR UWAYDAH, as legal guardian of L.U., a minor<br><br>       Plaintiff,<br><br>  -against-<br><br>THE COLLEGE BOARD, INC.,<br><br>       Defendant. | 25-cv-2739 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The April 16, 2025 conference is ADJOURNED to April 30, 2025 at 2 PM in Courtroom 15A, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: April 16, 2025
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge