IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Munir Uwaydah, as legal guardian of L.U., a minor,

Plaintiff(s)

v.

The College Board, Inc.,

Defendant(s)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Case No.: 1:25-cv-2739-AS

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Munir Uwaydah and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) The College Board, Inc..

Date: 4/28/25

_Stacey Van Malder_
Signature of plaintiffs or plaintiff's counsel

401 Broadway, 306
Address

NY, NY 10013
City, State & Zip Code

212 431-9380
Telephone Number